CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 19 2010

JULIA C. DUDLEY, CLERK
BY: /s/ _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE

**UNITED STATES OF AMERICA**

v.

**ROLAND HARRY MACHER**

CASE NO. 7:10-CR-00044-001

## ORDER AMENDING BOND CONDITIONS

The parties appeared before the Court this date on a Petition for Action on Conditions of Pretrial Release filed on October 4, 2010, in which the supervising U. S. Probation officer sought a revocation of the defendant's bond for various violations of the Order Setting Conditions of Release filed on August 10, 2010. Having heard evidence from both parties, the Court determined that the defendant has had significant trouble with compliance. In particular, the Court was concerned that after being prohibited from engaging in financial transactions, defendant formed a new company and purchased five or more properties. Defendant did not comply in a timely manner with the request of the supervising probation officer to adequately account for monies received by his real estate business and to document cash taken out of the business for himself. Defendant also did not adequately communicate with the supervising officer regarding his whereabouts concerning out of district travel and did not report a contact with police as required.

Accordingly, the Court finds it appropriate to clarify and modify the Order Setting Conditions of Release, and hereby amends said conditions to include the following:

1. Defendant is hereby placed under home detention to include a passive GPS location monitoring device on his ankle, the cost of which will be paid by the defendant. The defendant is restricted to his residence at all times except for employment, medical appointments for himself and for his immediate family members, any court appearances or court-ordered obligations, meetings with counsel and accountant, religious services, parenting classes and meetings related to custody of his newborn son and for other reasons as approved by supervising officer.

2. Defendant must retain a CPA firm by close of business Friday, October 22, 2010, to provide bookkeeping and accounting services, including accounting for receipt of funds and disbursement of funds, for Macher Properties LLC and RLPJ Properties LLC. This CPA firm is to produce monthly reports for the defendant

and supervising officer documenting receipt and disbursement of all monies related to these entities. This CPA firm also is directed to track and document payments made to defendant from these entities.

3. Defendant may not form any other LLC's, or any other form of entity, without prior written approval of the supervising officer. Nor may defendant participate in the formation of any such entity, directly or indirectly, as agent, manager or otherwise without said approval.

4. Defendant may not purchase, sell or otherwise transfer any real estate for himself, Macher Properties LLC, RLPJ Properties LLC or any other entity without prior written approval of the supervising officer. These restrictions include any properties titled in the name of Macher Properties LLC and RLPJ Properties LLC, and any other entity with which Macher is directly or indirectly involved, as agent, manager or in any other capacity.

5. The defendant shall not act as agent, manager, employee or otherwise for any entity other than Macher Properties LLC and RLPJ Properties LLC, including executing of any documents concerning financial or real estate transactions, without the prior written approval of the supervising officer.

6. In addition to the CPA firm tracking and accounting for all receipts and disbursements of Macher Properties LLC and RLPJ Properties LLC, any transactions engaged in by Macher as agent or manager of Macher Properties LLC and RLPJ Properties LLC over $500.00 must be reported to the supervising officer in writing within 48 hours.

All other terms and conditions of the August 10, 2010 shall remain in effect.

It is so **ORDERED**.

ENTERED: This 18th day of October, 2010.

Michael F. Urbanski
United States Magistrate Judge